

## NUMBER 13-18-00604-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**FABIOLA LOPEZ,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 38th District Court
### of Uvalde County, Texas.

---

# MEMORANDUM OPINION
**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Benavides**

Appellant Fabiola Lopez, proceeding pro se, filed a pleading in this Court regarding an appeal of her conviction in cause number CR-5930-IS in the 38th District Court of Uvalde County, Texas. On October 26, 2018, the Clerk of this Court notified appellant that it appeared that the Court lacked jurisdiction over the case, requested appellant to correct this defect within ten days, and advised appellant that the appeal would be

dismissed if the defect were not corrected.   Appellant did not respond to the Court's notice or otherwise correct the defect.

Generally, a court of appeals has appellate jurisdiction only within its district.   *See* TEX. CONST. art. 5, § 6.   Uvalde County is within the district for the Fourth Court of Appeals and is not within this Court's judicial district.   *See* TEX. GOV'T CODE ANN. § 22.201(e), (n) (West, Westlaw through 2017 1st C.S.).   Therefore, we have no jurisdiction over this attempted appeal.   We dismiss the appeal for want of jurisdiction.


GINA M. BENAVIDES,
Justice


Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
31st day of January, 2019.

2